UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :          Chapter 7
                                                   :
DANIEL GORDON,                                     :          Case No. 09-16230 (AJG)
                                                   :
                    Debtor.                        :
------------------------------------------------------------x
ANGELA G. TESE-MILNER, TRUSTEE                     :
OF THE ESTATE OF DANIEL GORDON,                    :
                                                   :
                    Plaintiff,                     :
                                                   :
      -against-                                    :          Adv. Pro. No. 10-03767 (AJG)
                                                   :
DANIEL GORDON,                                     :
                                                   :
                                                   :
                    Defendant.                     :
------------------------------------------------------------x

### ORDER GRANTING TRUSTEE'S MOTION *IN LIMINE* AND PRECLUDING THE DEBTOR FROM INTRODUCING THE TESTIMONY OF ANGELA TESE-MILNER AND FROM CALLING HER AS A WITNESS AT TRIAL

Upon the motion, dated February 15, 2013 (the "Motion"), of Angela G. Tese-Milner (the "Trustee"), as chapter 7 trustee of the estate of Daniel Gordon (the "Debtor"), the above-captioned debtor, seeking an order, pursuant to Rules 7026 and 9017 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), precluding the Debtor from introducing the testimony of the Trustee and from calling her as a witness at trial, at trial; and it appearing that good and sufficient notice of the Motion has been provided; and upon the objection of the Debtor, dated February 28, 2013, to the Motion (the "Objection"); and a hearing on the Motion and the Objection having been held before this Court on March 7 2013 (the "Hearing"); and upon record of the Hearing which is incorporated herein by reference and for good and sufficient cause; it is hereby

        **ORDERED**, for the reasons stated by this Court on the record of the Hearing, the

Motion is granted.

Dated:   New York, New York
           March _12_, 2013

                                        *s/ Robert E. Gerber*
                                        Honorable Robert E. Gerber
                                        United States Bankruptcy Judge