FOX ROTHSCHILD LLP
Yann Geron
Nicole N. Santucci (Of Counsel)
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900

New Hearing Date: June 12, 2013
At:  9:45 a.m.

*Special Litigation Counsel to Angela G. Tese-Milner,*
  *Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :    Chapter 7
DANIEL GORDON,                                              :
                                                            :    Case No. 09-16230 (REG)
                    Debtor.                                 :
                                                            :
-----------------------------------------------------------x
ANGELA G. TESE-MILNER, TRUSTEE                              :
OF THE ESTATE OF DANIEL GORDON,                             :
                                                            :
                    Plaintiff,                              :
                                                            :
      -against-                                             :    Adv. Pro. No. 10-03767 (REG)
                                                            :
DANIEL GORDON,                                              :
                                                            :
                    Defendant.                              :
-----------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

***PLEASE TAKE NOTICE*** that closing arguments in connection with the above-captioned adversary proceeding (the "Hearing"), previously scheduled for June 6, 2013 will now take place on **June 12, 2013 at 9:45 a.m.**, at that date and time before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in his courtroom (#523) at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard.

NY1 640841v1 04/10/13

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned or continued by the Court upon further notice.

| | |
|---|---|
| Dated: New York, New York<br>April 10, 2013 | FOX ROTHSCHILD LLP<br>*Special Litigation Counsel to Angela G. Tese-Milner, Chapter 7 Trustee*<br><br>By: */s/ Yann Geron*<br>　　Yann Geron<br>　　Nicole N. Santucci (Of Counsel)<br>　　100 Park Avenue, Suite 1500<br>　　New York, New York 10017<br>　　(212) 878-7900 |

NY1 640841v1 04/10/13