

**Daniel Gordon, Debtor; Case No. 09-15630 (REG), Adv. Pro. No. 10-03767 (REG)**
Dreher, Alexis C.
to:
gerber.chambers@nysb.uscourts.gov
05/03/2013 11:40 AM
Cc:
"Geron, Yann", "Santucci, Nicole N.", "Frankfurter, Barri A.", "donald.david@akerman.com", "Gabe Del Virginia (email)", "yitzhakgreenberg@gmail.com"
Hide Details
From: "Dreher, Alexis C." <acdreher@foxrothschild.com> Sort List...

To: "gerber.chambers@nysb.uscourts.gov" <gerber.chambers@nysb.uscourts.gov>

Cc: "Geron, Yann" <YGeron@foxrothschild.com>, "Santucci, Nicole N." <NSantucci@foxrothschild.com>, "Frankfurter, Barri A." <BFrankfurter@foxrothschild.com>, "donald.david@akerman.com" <donald.david@akerman.com>, "Gabe Del Virginia (email)" <gabriel.delvirginia@verizon.net>, "yitzhakgreenberg@gmail.com" <yitzhakgreenberg@gmail.com>

Ms. Blum,

As discussed this morning, we represent Angela Tese-Milner, Chapter 7 Trustee of the Estate of Daniel Gordon, Debtor; Case No. 10-03767 (REG). We would like to formally request a 10 day extension to May 20, 2013 to file the post trial brief in Adv. Pro. No. 10-03767, which is currently due on May 10th. This request is on consent of all parties. Please do not hesitate to contact me at (212) 878-7958 should you have any questions or require additional information.

Respectfully,

Alexis Dreher

Legal Assistant

Alexis Dreher

*So Ordered:*
*/s/ Robert E. Gerber*
S/REG
USBJ
5/3/13